

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | No. 08-21-00016-CR |
| EX PARTE: LUIS CARLOS MEDRANO, | § | Appeal from the |
| | § | |
| Appellant. | § | Criminal District Court No. 1 |
| | § | of El Paso County, Texas |
| | § | |
| | § | (TC# 20040D03900-341-01) |
| | § | |

## **O R D E R**

The clerk's record was filed on January 22, 2021. Pursuant to Tex.R.App.P. 31.1, the Court sets the following brief schedule: Appellant's brief shall be due in this Court on or before February 21, 2021, and the State's brief shall be due no later than thirty days after the Appellant's brief is filed with this Court. A submission date will be determined at a later date and the parties will be provided with advanced notice of the setting. *See* Tex.R.App.P. 39.8.

IT IS SO ORDERED this 5th day of February, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.